IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ONEWEST BANK, FSB, | ) | CIV NO 12-00108 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| J. RANDALL FARRAR; CHRISTOPHER SALEM; WAYNE WAGNER; MARY WAGNER; LOT 48A LLC; POOL PRO, INC.; CREDIT ASSOCIATES OF MAUI, LTD; JOHN and MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS, OR OTHER ENTITIES 1-20, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 31, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations Granting Plaintiff Onewest Bank, FSB's Motion To Enforce Settlement Agreement" (ECF No. [171]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, November 19, 2013



Alan C. Kay
Sr. United States District Judge