IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ONEWEST BANK, FSB,, | ) | CIVIL NO. 12-00108 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| J RANDALL FARRAR; | ) | RECOMMENDATION |
| CHRISTOPHER SALEM; WAYNE | ) | REGARDING |
| WAGNER; MARY WAGNER; LOT | ) | ATTORNEYS' FEES |
| 48A LLC; POOL PRO, INC.; | ) | |
| CREDIT ASSOCIATES OF MAUI, | ) | |
| LTD.; JOHN AND MARY DOES 1- | ) | |
| 20; DOE PARTNERSHIPS 1-20; | ) | |
| DOE CORPORATIONS 1-20; | ) | |
| OTHER ENTITIES 1-20,, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION REGARDING ATTORNEYS' FEES

Findings and Recommendation having been filed and served on all parties on November 18, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 10, 2013



_____
Alan C. Kay
Sr. United States District Judge